**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00443-REB-BNB

STEPHANIE DICKERSON,

    Plaintiff,

v.

HEARTLAND INFORMATION SERVICES INC., and
ELLIS ARMISTEAD,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT ELLIS ARMISTEAD ONLY**

**Blackburn, J.**

    The matter before me is **Plaintiff's Voluntary Dismissal With Prejudice of Action as to Defendant Ellis Armistead** [#9] filed May 15, 2008. The court will construe this pleading as a notice of voluntary dismissal of defendant Ellis Armistead. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant Ellis Armistead should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Voluntary Dismissal With Prejudice of Action as to Defendant Ellis Armistead** [#9] filed May 15, 2008, is **APPROVED**;

    2. That plaintiff's claims against defendant, Ellis Armistead, are **DISMISSED WITH PREJUDICE**; and

    3. That defendant, Ellis Armistead, is **DROPPED** as a named party to this action,

and the case caption is amended accordingly.

Dated May 15, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**