IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00443-REB-BNB

STEPHANIE DICKERSON,

    Plaintiff,

v.

HEARTLAND INFORMATION SERVICES INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiff's Voluntary Dismissal With Prejudice of Action as to Defendant Heartland Information Services, Inc.** [#11] filed May 22, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Voluntary Dismissal With Prejudice of Action as to Defendant Heartland Information Services, Inc.** [#11] filed May 22, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated May 22, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**